

**NORTH CAROLINA WESTERN**
MEMORANDUM

**Date:** 9/3/2014

**To:** The Honorable Graham C. Mullen
Senior United States District Judge

**From:** Michael M. Bonelli
Senior United States Probation Officer

**Subject:** Davis, Edward Debar
Dkt. No. 0419 3:02CR00205-001
**REQUEST TO DESTROY SEIZED PROPERTY**

---

On 07/29/2003, the defendant was sentenced pursuant to a conviction for Use, Carry and Possess a Firearm During and in Relation to a Drug Trafficking Crime and Possession of a Firearm by a Convicted Felon. He was ordered to serve 77 months imprisonment, followed by three (3) years of supervised release. His term of supervised release commenced on 07/19/2013. The following property was seized from the defendant during his supervision term: 1) Suspected Crack Cocaine (possibly counterfeit substance).

His term of supervised release was revoked on 12/04/2013, and he was ordered to serve a sentence of fourteen months imprisonment with no further term of supervised release. It is respectfully requested that Your Honor authorize destruction of the aforementioned items.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7644, should you have any questions.

THE COURT ORDERS:

**X**   Destroy Seized Property as Requested

☐ Do Not Destroy Seized Property

☐ Return Seized Property to the Defendant

Signed: September 3, 2014

Graham C. Mullen
United States District Judge